PROB 12C
(6/16)

Report Date: October 7, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Acencion Marta Fuentes | Case Number: 0980 2:24CR00035-TOR-1 |
| Address of Offender: ▮ | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: April 30, 2025 | |
| Original Offense: Assault Resulting in Serious Bodily Injury in Indian Country, 18 U.S.C. § 113 | |
| Original Sentence: Prison - 16 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Michael Louis Vander Giessen | Date Supervision Commenced: June 25, 2025 |
| Defense Attorney: Lorinda Youngcourt | Date Supervision Expires: June 24, 2028 |

### PETITIONING THE COURT

To incorporate the violations(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/3/205.

On July 1, 2025, Ms. Fuentes' conditions of supervision were reviewed by a probation officer and she signed said conditions acknowledging an understanding of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition # 7**: You must undergo substance abuse evaluations and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: It is alleged that Ms. Fuentes violated the terms of her supervision by failing to participate in substance abuse treatment on September 12, 19, 25, and October 1, and 2, 2025. |
| | On October 3, 2025, the undersigned received notification that Ms. Fuentes failed to attend substance abuse treatment on the following dates: September 12, 19, 25, and October 1 and 2, 2025. |

Prob12C
**Re: Fuentes, Acencion Marta**
**October 7, 2025**
**Page 2**

On September 26, 2025, the undersigned was notified by the counselor at SPARC that Ms. Fuentes' level of care was increased to intensive outpatient at SPARC due to the recent relapse of controlled substances. Ms. Fuentes was given the opportunity to address her recent relapse by increasing her level of care but instead she chose to disregard the help that was provided to her and continues to not take her sobriety serious by failing to miss several substance abuse sessions.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/07/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

October 7, 2025
Date